UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOSEPH GRANDE,

        Plaintiff,

- against -

GRISTEDES FOODS, INC.,

        Defendant.

------------------------------------------------------X

**ORDER**

11 Civ. 777 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The February 14, 2011 order for an initial pretrial conference on March 14, 2011 is hereby vacated. The conference will be rescheduled for a later date.

SO ORDERED:

*/s/ Shira A. Scheindlin*
Shira A. Scheindlin
U.S.D.J.

Dated:    New York, New York
            March 4, 2011

## - Appearances -

**Plaintiff:**

David Zatuchni, Esq.
Zatuchni & Associates, LLC
1 West Street , Suite 100
New York, NY 10004
(212) 785-8980