UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH GRANDE,

                      Plaintiff,          Civil Act. No: 1:11-cv-00777-SAS-JLC
                                           ECF Case

v.

GRISTEDE'S FOODS, INC.; JOHN
CATSIMATIDIS,

                      Defendants.
-------------------------------------------------------X

## **NOTICE OF APPEARANCE**

      Pursuant to Local ECF Filing Instructions 20.3, please enter the appearance of Charles H. Kaplan of Sedgwick, Detert, Moran & Arnold LLP for Defendant Gristede's Foods, Inc. in the above-captioned action.

Dated:  New York, New York
           March 30, 2011
.

                                      Respectfully submitted,

                                      SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                 By:  /s/ Charles H. Kaplan
                                      Charles H. Kaplan (CK-5801)
                                      William J. Brennan (WB-0742)
                                      125 Broad Street, 39th Floor
                                      New York, New York  10004
                                      Telephone: (212) 422-0202
                                      E-Mail:  charles.kaplan@sdma.com
                                      E-Mail:  william.brennan@sdma.com
                                      *Attorneys for Defendant Gristede's Foods, Inc.*

NY/692493v1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2011.  Executed on March 30, 2011.

              s/ Charles H. Kaplan_____
              Charles H. Kaplan (CK-5801)