UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH GRANDE,

                Plaintiff,        Civil Act. No: 1:11-cv-00777-SAS-JLC
                                                    ECF Case

v.

GRISTEDE'S FOODS, INC.; JOHN
CATSIMATIDIS,

                Defendants.
-------------------------------------------------------X

## DEFENDANT GRISTEDE'S FOODS, INC.'S
## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Gristede's Foods, Inc. ("Gristede's") states that it is a wholly-owned subsidiary of Red Apple Group, Inc., and that no publicly-held corporation owns 10% or more of Gristede's stock.

Dated: New York, New York
       March 30, 2011

                                        Respectfully submitted,

                                        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                         By:  s/ Charles H. Kaplan
                              Charles H. Kaplan (CK-5801)
                              William J. Brennan (WB-0742)
                              125 Broad Street, 39th Floor
                              New York, New York  10004
                              Telephone: (212) 422-0202
                              E-Mail:  charles.kaplan@sdma.com
                              E-Mail:  william.brennan@sdma.com
                              *Attorneys for Defendant Gristede's Foods, Inc.*

NY/686241v6

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 30, 2011. Executed on March 30, 2011.

s/ Charles H. Kaplan_____
Charles H. Kaplan (CK-5801)

2