UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH GRANDE,

                         Plaintiff,

v.

GRISTEDE'S FOODS, INC.; JOHN
CATSIMATIDIS,

                         Defendants.
------------------------------------------------------X

Civil Act. No: 1:11-cv-00777-SAS-JLC
ECF Case

## STIPULATION AND ORDER TO EXTEND TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE AMENDED COMPLAINT

    **A.**     **WHEREAS**, Defendant Gristede's Foods, Inc. ("Gristede's") has informed Plaintiff Joseph Grande ("Grande") by pre-motion letter, pursuant to the Court's Individual Rules and Practices, that it intends to file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6);

    **B.**     **WHEREAS**, Gristede's must answer, move, or otherwise respond by March 30, 2011; and

    **C.**     **WHEREAS**, Grande has requested additional time to consider Gristede's pre-motion letter;

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that the time for Gristede's to answer, move or otherwise respond to Grande's Amended Complaint filed February 23, 2011 is hereby extended from March 30, 2011 to and including April 8, 2011.

NY-692489v1

Dated: New York, New York
March 30, 2011

| ZATUCHNI & ASSOCIATES, LLC | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|---|---|
| By: *[signature]* | By: *[signature]* |
| David Zatuchni (DZ-2516) | Charles H. Kaplan (CK-5801) |
| 1 West Street, Suite 100 | William J. Brennan (WB-0742) |
| New York, New York 10004 | 125 Broad Street, 39th Floor |
| (212) 785-8980 | New York, New York 10004 |
| Email: davidz@zatuchniassociates.com | Telephone: (212) 422-0202 |
| *Attorneys for Plaintiff Joseph Grande* | E-Mail: charles.kaplan@sdma.com |
| | E-Mail: william.brennan@sdma.com |
| | *Attorneys for Defendant Gristede's Foods, Inc.* |

So Ordered:

*[signature]*
U.S.D.J.

3/30/11