UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
JOSEPH GRANDE,

                                Plaintiff,                Civil Act. No: 1:11-cv-00777-SAS-JLC
                                                              ECF Case

v.

GRISTEDE'S FOODS, INC.; JOHN
CATSIMATIDIS,

                                Defendants.
-------------------------------------------------------X

## NOTICE OF APPEARANCE

       Pursuant to Local ECF Filing Instructions 20.3, please enter the appearance of William J. Brennan of Sedgwick, Detert, Moran & Arnold LLP for Defendant Gristede's Foods, Inc. in the above-captioned action.

Dated: New York, New York
         March 31, 2011
.

                                       Respectfully submitted,

                                       SEDGWICK, DETERT, MORAN & ARNOLD LLP

                         By: /s/ William J. Brennan
                             Charles H. Kaplan (CK-5801)
                             William J. Brennan (WB-0742)
                             125 Broad Street, 39th Floor
                             New York, New York  10004
                             Telephone: (212) 422-0202
                             E-Mail: charles.kaplan@sdma.com
                             E-Mail: william.brennan@sdma.com
                             *Attorneys for Defendant Gristede's Foods, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 31, 2011.  Executed on March 31, 2011.

s/ William J. Brennan
William J. Brennan (WB-0742)
