ZATUCHNI & ASSOCIATES LLC
1 West Street
Suite 100
New York, NY 10004
(212) 785-8980
DZ-2516
Counsel for Plaintiff Joseph Grande

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH GRANDE,<br><br>    Plaintiff,<br><br>v.<br><br>GRISTEDE'S FOODS, INC.; JOHN CATSIMATIDIS,<br><br>    Defendants. | Civil Action No.: 11-CV-0777<br><br>VOLUNTARY DISCONTINUANCE OF COUNT I OF THE AMENDED COMPLAINT |

Plaintiff hereby voluntarily discontinues and dismisses Count I of the Amended Complaint (NY Labor Law, §740) with prejudice.

David Zatuchni /s/<br>
David Zatuchni, Esq.<br>
Zatuchni & Associates, LLC<br>
1 West Street<br>
Suite 100<br>
New York, NY 10004<br>
Phone: (212) 785-8980<br>
davidz@zatuchniassociates.com<br>
Counsel for Plaintiff, Joseph Grande

Dated: April 7, 2011