**ZATUCHNI & ASSOCIATES LLC**
1 West Street
Suite 100
New York, NY 10004
(212) 785-8980
DZ-2516
Counsel for Plaintiff Joseph Grande



UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH GRANDE,**<br><br>  Plaintiff,<br><br>v.<br><br>**GRISTEDE'S FOODS, INC.; JOHN CATSIMATIDIS,**<br><br>  Defendants. | Civil Action No.: 11-CV-0777<br><br>**VOLUNTARY DISCONTINUANCE OF COUNT I OF THE AMENDED COMPLAINT** |

Plaintiff hereby voluntarily discontinues and dismisses Count I of the Amended Complaint (NY Labor Law, §740) with prejudice.

> David Zatuchni /s/
> David Zatuchni, Esq.
> Zatuchni & Associates, LLC
> 1 West Street
> Suite 100
> New York, NY 10004
> Phone: (212) 785-8980
> davidz@zatuchniassociates.com
> Counsel for Plaintiff, Joseph Grande

Dated: April 7, 2011

SO ORDERED

_____
U.S.D.J.