UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH GRANDE,

                Plaintiff,

- against -

GRISTEDE'S FOODS, INC., et al.,

                Defendants.
------------------------------------------------------------X

**ORDER**

11 Civ. 777 (SAS)

SHIRA A. SCHEINDLIN, U.S.D.J.:

       Defendants' time to move or answer the Complaint is hereby extended to August 1, 2011. Defendants' pending motion to dismiss is voluntarily withdrawn without prejudice and with leave to renew. The Clerk of the Court is directed to close the motion to dismiss (Document # 11).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
             May 31, 2011

## - Appearances -

**For Plaintiff:**

David Zatuchni, Esq.
Zatuchni & Associates, LLC
1 West Street, Suite 100
New York, NY 10004
(609) 243-0300

**For Defendants:**

Charles H. Kaplan, Esq.
William T. Brennan, Esq.
Sedgwick, Detert, Moran & Arnold, LLP
125 Broad Street, 39th Floor
New York, NY 10004
(212) 422-0202