**ZATUCHNI & ASSOCIATES LLC**
1 West Street
Suite 100
New York, NY 10004
(212) 785-8980
DZ-2516
Counsel for Plaintiff Joseph Grande

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOSEPH GRANDE,** | |
| Plaintiff, | Civil Action No.: 11-CV-0777 |
| v. | |
| **GRISTEDE'S FOODS, INC.; JOHN CATSIMATIDIS,** | **NOTICE OF WITHRAWAL OF PLAINTIFF'S COUNSEL** |
| Defendants. | |

Pursuant to the colloquy with the court and the court's rulings on May 31, 2011, David Zatuchni, Esq. hereby withdraws as counsel for Plaintiff Joseph Grande.

                David Zatuchni /s/
                David Zatuchni, Esq.
                Zatuchni & Associates, LLC
                1 West Street
                Suite 100
                New York, NY 10004
                Phone: (212) 785-8980
                davidz@zatuchniassociates.com
                Withdrawing Counsel for Plaintiff

Dated: July 8, 2011