UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------

| | | |
|---|---|---|
| JOSEPH GRANDE, | Plaintiff, | Case No.  1:11-cv-00777-SAS-JLC |
| -against- | | |
| GRISTEDE'S FOODS, INC.; JOHN CATSIMATIDIS, | Defendant. | |

----------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**WILLIAM J. BRENNAN, ESQ.**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: WB-0742        My State Bar Number is 4531596

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Sedgwick, Detert, Moran & Arnold LLP
             FIRM ADDRESS:  125 Broad Street, New York, NY 10004
             FIRM TELEPHONE NUMBER:  (212) 422-0202
             FIRM FAX NUMBER:  (212) 422-0925

NEW FIRM:    FIRM NAME:  Sedgwick LLP
             FIRM ADDRESS:  125 Broad Street, New York, NY 10004
             FIRM TELEPHONE NUMBER:  (212) 422-0202;
             FIRM FAX NUMBER:  (212) 422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: July 19, 2011

_____
ATTORNEY'S SIGNATURE