UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH GRANDE,

                Plaintiff,              Civil Act. No: 1:11-cv-00777-SAS-JLC
                                                           ECF Case

v.

GRISTEDE'S FOODS, INC.; JOHN
CATSIMATIDIS,

                Defendants.
------------------------------------------------------X

**CERTIFICATE OF SERVICE FOR NOTICE OF CHANGE OF ADDRESS**

I hereby certify that a paper copy of the Notice of Change of Address for William J. Brennan, Document No. 17 filed through the ECF system, was served upon Joseph Grande by first-class mail to Mr. Joseph Grande, 59 Bennett Road, Matawan, New Jersey 07747 on July 19, 2011.  Executed on July 19, 2011.

                                                              _____
                                                              William J. Brennan (WB-0742)

NY/748484v1