UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------

JOSEPH GRANDE,

                Plaintiff,

Case No.   1:11-cv-00777-SAS-JLC

-against-

GRISTEDE'S FOODS, INC.; JOHN CATSIMATIDIS,

                Defendant.

-----------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

### CHARLES HENRY KAPLAN
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CK-5801          My State Bar Number is 1655075

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Sedgwick, Detert, Moran & Arnold LLP
                FIRM ADDRESS: 125 Broad Street, 39th Floor, New York, NY 10004
                FIRM TELEPHONE NUMBER: (212) 422-0202
                FIRM FAX NUMBER: (212) 422-0925

NEW FIRM:   FIRM NAME: Sedgwick LLP
                FIRM ADDRESS: 125 Broad Street, 39th Floor, New York, NY 10004
              FIRM TELEPHONE NUMBER: (212) 422-0202
              FIRM FAX NUMBER: (212) 422-0925

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 20, 2011

                                            ATTORNEY'S SIGNATURE

## ATTORNEY'S CERTIFICATION OF SERVICE BY MAIL

STATE OF NEW YORK     )
                      :  ss.:
COUNTY OF NEW YORK    )

      CHARLES H. KAPLAN, the undersigned attorney at law admitted to practice in the United States District Court for the Southern District of New York, hereby affirms: that he is over 18 years of age; is not a party to this action; and is a member of the law firm of Sedgwick LLP, 125 Broad Street, 39th Floor, New York, New York 10004.

      That on July 20, 2011, he caused to be served the attached

**NOTICE OF CHANGE OF ADDRESS**

upon the following party at the address designated by him for that purpose:

      Mr. Joseph Grande
      59 Bennett Road
      Matawan, New Jersey 07747

      Said service was made by depositing a true copy of the attached papers enclosed in a first class postpaid sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      CHARLES H. KAPLAN declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct. Executed on July 20, 2011.

                                                      */s/ Charles H. Kaplan*
                                                    CHARLES H. KAPLAN (CK-5801)