UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JOSEPH GRANDE,

          Plaintiff,

- against -

GRISTEDE'S FOODS, INC. and JOHN
CATSIMATIDIS,

          Defendants.

------------------------------------------------------------X

**ORDER**

11 Civ. 0777 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/5/11

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Defendants filed a renewed Motion to Dismiss on July 29, 2011 [Docket No. 20]. Plaintiff's counsel withdrew from representing plaintiff in this matter on July 8, 2011, and plaintiff failed to appear at the July 11, 2011 conference. If plaintiff wishes to oppose defendants' motion, either through counsel or *pro se*, he must submit opposition papers. It is hereby

        ORDERED that plaintiff file opposition papers, if any, to defendants' motion by August 19, 2011. All papers must be sent to the Court's Pro Se Office at 500 Pearl Street, Room 230, New York, New York 10007, and must be served upon defendants' counsel. If plaintiff submits opposition papers, defendants' reply will be due by August 31, 2011. If plaintiff retains new counsel, said counsel is to enter an appearance in this case immediately and to file plaintiff's opposition

1

papers electronically via ECF, with a courtesy copy to Chambers.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this Order, this Court will decide the motion on the papers submitted by defendants.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:  New York, New York
        August 4, 2011

## - Appearances -

**Plaintiff (Pro Se):**

Joseph Grande
59 Bennett Road
Matawan, NJ 07747

**For Defendants:**

Charles Henry Kaplan, Esq.
William Joseph Brennan, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004