Joseph W. Grande  
59 Bennett Road  
Matawan, NJ 07747  
908-216-1689  
jgrandecpa@aol.com

8/10/11

> USDC SDNY  
> DOCUMENT  
> ELECTRONICALLY FILED  
> DOC #: _____  
> DATE FILED: 8/15/11

Dear Your Honor,

    I would like to respectfully request some additional time to find another Attorney. I have consulted with several, but they either do not practice in New York, or do not do litigation. One attorney said it would cost $400 an hour, which I simply can not afford. I was unemployed for eight months, and now my wife and I earn less than half of what we made three years ago.

    Your Honor, is there any way to have David Zatuchni reinstated as my lawyer? I had no idea that my attorney could be taken away from me in a case. When I consulted with Mr. Zatuchni, and he accepted my case, I knew that the only legal representation I could afford would be on a contingency basis. I am concerned that I will not be able to afford a suitable replacement counsel. It appears Mr. Zatuchni is doing a lot of traveling right now, and I am having difficulty getting in contact with him, to have all of my supporting documents available for another attorney.

    I am sorry that I missed the conference on July 11. I was at a new job, and the work to be caught up on was overwhelming. I actually thought that Mr. Zatuchni would be there, that that was the official date that he was being dismissed as a witness. I thought he would still be my attorney though.

    Also, it may not be relevant, but my former employer owed me vacation pay and an annual bonus that was not paid, so I feel as if I have already paid out over $18,000 in legal fees.

    I have just been referred to several attorneys who practice labor law, so please grant me some additional time to find a replacement counsel.

Respectfully,

*Joseph W. Grande* (signature)

Joseph W. Grande

*[Handwritten annotation:] Request denied. Opposition papers must be filed by August 19 as scheduled in the August 4 Order. So Ordered. /s/ [Judge] 8/15/11*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOSEPH GRANDE,

          Plaintiff,

- against -

GRISTEDE'S FOODS, INC. and JOHN
CATSIMATIDIS,

          Defendants.

------------------------------------------------------X

**ORDER**

11 Civ. 0777 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/11

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

        Defendants filed a renewed Motion to Dismiss on July 29, 2011 [Docket No. 20]. Plaintiff's counsel withdrew from representing plaintiff in this matter on July 8, 2011, and plaintiff failed to appear at the July 11, 2011 conference. If plaintiff wishes to oppose defendants' motion, either through counsel or *pro se*, he must submit opposition papers. It is hereby

        ORDERED that plaintiff file opposition papers, if any, to defendants' motion by August 19, 2011. All papers must be sent to the Court's Pro Se Office at 500 Pearl Street, Room 230, New York, New York 10007, and must be served upon defendants' counsel. If plaintiff submits opposition papers, defendants' reply will be due by August 31, 2011. If plaintiff retains new counsel, said counsel is to enter an appearance in this case immediately and to file plaintiff's opposition

1

papers electronically via ECF, with a courtesy copy to Chambers.

IT IS FURTHER ORDERED that if plaintiff fails to comply with this Order, this Court will decide the motion on the papers submitted by defendants.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:   New York, New York
         August 4, 2011

- Appearances -

**Plaintiff (Pro Se):**

Joseph Grande
59 Bennett Road
Matawan, NJ 07747

**For Defendants:**

Charles Henry Kaplan, Esq.
William Joseph Brennan, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004