UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------- X

*Gristede* :

             **Plaintiff(s),** :

   - against - :

*Gristede's* :

             **Defendant(s).** :

-------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/20/11
```

**SCHEDULING ORDER**

1) Civ 00777 ~~Civ~~   (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed Scheduling Order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1)    the date of the conference and the appearances for the parties;

(2)    the date by which automatic disclosures will be exchanged;

    *Nov. 3, ~~2011~~ 2011*

(3)    a concise statement of the issues as they then appear;

    *defamation claims*

4)    a schedule including:

    (a) the names of persons to be deposed and a schedule of planned depositions;

    *Jan + Feb.*

    (b) a schedule for the production of documents;

    *Request 11/14 — Response 12/16*

    (c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

    (d) time when discovery is to be completed;

    *Mar 16, 2012*

(e) the date by which plaintiff [*defendant*] will supply its pre-trial order matters to defendant;

*4/30/12*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*5/11/12*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

__*April 17 at 4:30*_____ (leave blank)

(5)   a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

_____

(6)   a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

_____

(7)   anticipated fields of expert testimony, if any;

_____

(8)   anticipated length of trial and whether to court or (jury);

*2 day*

(9)   a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(10)  names, addresses, phone numbers and signatures of counsel;

SO ORDERED:

_/s/ Shira A. Scheindlin_
SHIRA A. SCHEINDLIN
U.S.D.J.

*10/20/11*