UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH GRANDE,

        Plaintiffs,                              Docket No.: 11-CV-777 (SAS)(JLC)

     -against-                               **NOTICE OF APPEARANCE**

GRISTEDE'S FOODS, INC. and JOHN
CATSIMATIDIS,

        Defendant.
--------------------------------------------------------X

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

       PLEASE TAKE NOTICE of the entry of **KOSS & SCHONFELD, LLP** and its attorneys as counsel for Plaintiff JOSEPH GRANDE. All papers in this action are to be served upon the undersigned at the address stated below.

Dated:  November 1, 2011
         New York, New York

                                                      Simcha D. Schonfeld, Esq. (SS4830)
                                                      Allen V. Koss, Esq. (AK5361)
                                                      KOSS & SCHONFELD, LLP
                                                      500 Fifth Avenue, Suite 3130
                                                      New York, NY 10110
                                                      Direct dial: (212) 796-8916
                                                      Fax: (212) 401-4757
                                                      Attorneys for Plaintiff

TO (via ECF and Regular Mail):

Charles H. Kaplan, Esq.
William J. Brennan, Esq.
Sedgwick, LLP
125 Broad Street, 39th Floor
New York, NY 10004