UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

JOSEPH GRANDE

                Plaintiff,

Case No. 11-CV-777 (SAS)(JLC)

-against-

GRISTEDE'S FOODS, INC. and JOHN

                Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO: ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Simcha D. Schonfeld__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: __SS4830__  My State Bar Number is __4195160__

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
FIRM NAME: Rheingold, Valet, Rheingold, Shkolnik & McCartney, LLP
FIRM ADDRESS: 113 East 37th Street, New York NY 10016
FIRM TELEPHONE NUMBER: 212-684-1880
FIRM FAX NUMBER: 212-689-8156

NEW FIRM:
FIRM NAME: Koss & Schonfeld, LLP
FIRM ADDRESS: 500 Fifth Avenue, Suite 3130
FIRM TELEPHONE NUMBER: (212) 796-8916
FIRM FAX NUMBER: (212) 401-4757

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: January 3, 2012

ATTORNEY'S SIGNATURE