UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

JOSEPH GRANDE,

    Plaintiff,

- against -

GRISTEDE'S FOODS, INC., et al.,

    Defendants.
------------------------------------------------------X

ORDER OF
DISCONTINUANCE

11 Civ. 777 (SAS)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/3/12

SHIRA A. SCHEINDLIN, U.S.D.J.:

The parties having notified the Court that they have reached a resolution of this action, IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within thirty (30) days of the date of this Order, counsel for either side may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored. Any pending motions are hereby terminated as moot and shall be closed by the Clerk of the Court. The Clerk of the Court is directed to close this case.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
              January 3, 2012

## - Appearances -

**For Plaintiff:**

Simcha D. Schonfeld, Esq.
Koss & Schonfeld, LLP
500 Fifth Avenue, 45th Floor
New York, NY 10110
(212) 796-8914

**For Defendants:**

Charles H. Kaplan, Esq.
Sedgwick LLP
125 Broad Street, 39th Floor
New York, NY 10004
(212) 422-0202